Case 1:24-mj-00204-RMM   Document 1-1   Filed 06

Case: 1:24-mj-00204
Assigned to: Judge Meriweather, Robin M.
Assign Date: 6/20/2024
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

On Saturday, June 15, 2024, at 2:07 AM, Metropolitan Police Officer Jalloh heard multiple gunshots coming from the rear parking lot of 2730 Langston Place SE, an apartment complex in Washington, D.C. ShotSpotter reported thirty-four shots in total. Officer Jalloh responded to the area, activating his emergency lights, and observed a white Infiniti Q50 blocking the road and two men running from the vehicle towards the Ainger Place entrance of the apartment complex. Officer Jalloh also observed what appeared to be an automatic machine gun under the driver's side door of the Infiniti and another inside the rear passenger seat.

Officer Jalloh proceeded to look for any victims of the shooting. After canvassing the area, Officer Jalloh located a man who appeared to be suffering from a gunshot wound lying on the ground on the opposite side of a perimeter fence. Officer Jalloh checked the man for injuries and observed an apparent gunshot wound in the lower abdomen with an exit wound through the lower back.

The man identified himself to Officer Jalloh as DERVAL NETTLES with a date of birth of ▮▮▮▮▮▮▮▮▮▮. NETTLES stated that he was walking in the area and was shot by unknown individuals. NETTLES stated that he was visiting family members in the area, specifically an aunt that he identified as "Ms. Chicken." NETTLES could not provide an address for "Ms. Chicken."

Law enforcement obtained surveillance video for the apartment complex. The surveillance video is labeled based on its location and contains time stamps which appear to reflect the accurate date and time. In sum, and as set forth in greater detail below, the video reflects that an individual that was later determined to be NETTLES along with three other unidentified men, drove into the apartment complex before opening fire on a group of individuals standing in front of one of the apartment entrances. The surveillance video also reflects that only one person (NETTLES) was apparently injured during the gunfire.

*Camera Marked as "Middle of 32 & 34": The Camera Closest to the Infiniti*

- 2:06:47: A white Infiniti enters the parking lot of the apartment complex driving southeast
- 2:06:48: The vehicle turns and reverses into a parking space (as shown in the still below).



1

- 2:07:07: An individual (Suspect 2) opens the rear driver's side door and looks southeast down the street towards a crowd of people that is off camera, at one point turning as if in conversation with other individuals in the vehicle.
- 2:07:15: Suspect 2 steps out of the vehicle wielding what appears to be an AK-style firearm with two hands. Suspect 2 appears to be wearing all black, with a hood, light gloves, and white shoes. Suspect 2 opens fire down the street (muzzle flash is visible). (An apparently unrelated bystander walking by at the time turns to flee at the same time -- as captured in the still below with the unrelated bystander blocked out.)



- 2:07:17: Suspect 2 runs southeast down the street still wielding the firearm. As he runs down the street, another individual (Suspect 3) steps out of the same rear driver's side door. Suspect 3 is also wearing all black and appears to be wearing a black balaclava style mask. Suspect 3 also appears to be wielding an AK-style firearm with two hands.
- 2:07:18: The front driver's door and front passenger's door open almost simultaneously. An individual (Suspect 1) wearing all black exits the driver's seat and begins running southeast down the street in the same direction Suspect 2. This individual also appears to be carrying an AK-style firearm with two hands. (As shown in the still below with a yellow oval around Suspect 1.) At the same time Suspect 1 exits the vehicle and begins running down the street, another individual (Suspect 4) wearing dark clothing, light shoes and also carrying a firearm exits the front passenger side of the vehicle, runs around the back of the Infiniti and in the same direction as Suspects 1, 2, and 3.



2

- 02:07:28:   The Suspects pause where the street intersects with another internal street and appear to briefly communicate and signal to one another.  At this time, the white Infiniti, which was apparently left in neutral, begins to roll forward out of the parking spot and towards the sidewalk, blocking the street.  One of the suspects (not Suspect 1) runs back towards the car.
- 2:07:31:  That suspect attempts to enter the driver's seat of the vehicle and stop it.  Two of the other suspects can be seen close to the intersection continuing to fire their weapons.
- 2:07:34:  The same suspect that attempted to stop the rolling vehicle steps out of the driver's seat, and the car continues to roll forward.  He then fires multiple times down the street in the same direction as the other suspects.
- 2:07:38:  The same suspect reenters the driver's seat again in an attempt to stop the vehicle from continuing to roll.
- 2:07:41:  Suspect 1 (marked with a yellow oval in the still below) runs back toward the vehicle along the sidewalk, still carrying a firearm with two hands.  The other suspect steps out of the driver's seat and enters the rear passenger seat and Suspect 1 enters the driver's seat.



- 2:07:44:  Bright muzzle flash is visible from the driver's seat of the vehicle reflecting that Suspect 1 is firing multiple additional rounds down the street, as shown in the still below.



3

- 2:07:53: Flashing lights are visible approaching the street from Langston Place SE, consistent with Officer Jalloh activating his emergency lights and approaching the scene.
- 2:07:55: Suspect 1 exits the driver's seat but his movements are visibly labored. As he stands, he tosses what appears to be an AK-style firearm back towards the driver's seat, as shown in the still below with a yellow circle around the firearm. The firearm falls to the ground under the driver's side door. Suspect 1 hobbles down the street and out of view.



- 2:08:04: The suspect that had remained in the vehicle exits the driver's side door of the vehicle and runs away. He does not appear to be impaired in any way.
- 2:08:34: Officer Jalloh arrives on scene and begins canvassing.

*Camera Marked "Rental Parking Area": The Camera Closest to the Targeted Crowd*

- 2:06:48: A group of approximately six individuals are congregating around a stoop in front of an apartment building. Headlights appear at the far northwest side of the street consistent with the Infiniti entering the street.
- 2:06:52: The Infiniti can be seen turning and reversing into a parking spot at the far end of the street.
- 2:07:16: Muzzle flash is visible from the direction of the Infiniti and the crowd scatters. Prior to the shooting, none of the individuals in the crowd can be seen discharging a firearm, in fact, it appears that none of those individuals interacted with the Infiniti or its occupants at all prior to the shooting.
- 2:07:20: Most of the crowd runs inside, but one man (PI-1) runs across the street and hides behind a row of parked cars. The suspects are visible approaching from the direction of the Infiniti.
- 2:07:25: An individual (PI-2) emerges from where most of the crowd fled, carrying something. While not clear from this angle, based on another angle, P1-2 appears to be carrying a firearm. PI-2 begins walking toward the Suspects who are approaching from the direction of the Infiniti. PI-1 joins this individual.
- 2:07:31: The Suspects by the Infiniti open fire again. PI-2 flees back into the apartment building and P1-1 flees back behind the parked cars.
- 2:07:43: PI-1 flees down the street, away from the suspects, firing what appears to be a handgun in the Suspects' direction multiple times.

4

*Camera Marked "Main Entrance":  Camera overlooking the intersection separating the Infiniti and the Crowd*

- 2:07:20:  The suspects come into view from the northeast side of the camera, running behind a row of parked cars.
- 2:07:30:  The suspects walk back towards the Infiniti, out of view of the camera.
- 2:07:32:  Two suspects come back into view, both firing weapons. One of the suspects charges down the street towards where PI-1 and PI-2 are standing firing an AK-style firearm -- the muzzle flash from the weapon is shown in the still below.



- 2:07:48:  As the flashing lights of a police vehicle approaching are visible, the two suspects (Suspects 2 and 4) flee north, along an access road.
- 2:08:00:  Suspect 1 runs from the direction of the Infiniti behind Suspects 2 and 3. Suspect 1 is visibly stumbling and apparently having difficulty running, as if he is injured.
- 2:08:03:  As Suspect 1 turns toward the access road leading away from the complex, he raises his arms, turns his body, and briefly pauses near some bushes – as partially shown in the stills below with a yellow oval around Suspect 1.  This area is the exact area where law enforcement later found a loaded tan Glock 19X, as set forth below.



- 2:08:09: Suspect 3 runs from the direction of the Infiniti in the same direction as Suspect 1.  Notably, while Suspect 3 clearly appears to run straight, it appears that Suspect 1 turns right.
- 2:08:13:  A shape appears moving behind the fence line where Suspect 1 appears to have turned right.

5

Based on surveillance video and a review of body-worn camera, Officer Jalloh found NETTLES in the exact location where Suspect 1 disappears behind the fence line, approximately twelve minutes after Suspect 1 disappeared behind the fence line. Further, NETTLES is dressed in the same manner as Suspect 1 on surveillance video: black shoes, black pants, black hooded sweatshirt, and is wearing a face mask – as shown in the body worn camera footage stills below.



Therefore, based on this evidence, NETTLES was in possession of the loaded black Micro Draco ROA-21 with a black strap, which he dropped on the ground next to the driver side door of the Infiniti, and, along with his co-conspirators, shot at a crowd multiple times with that firearm.

Although the Infiniti has not yet been searched, crime scene technicians responded and processed the scene, recovering the following:
- Five 9 mm shell casings from the parking lot;
- Twenty-four .7.62x39 casings from the parking lot;
- Multiple bullet fragments;
- A tan Glock 19X BKBR931 loaded with one round in the chamber and thirty rounds in a thirty-one round magazine in the bushes in the area where the individual later identified as NETTLES paused as he fled, with suspected blood on it;
- A black Micro Draco ROA-21 with black strap, loaded with one round in the chamber and forty-nine rounds in a sixty-round capacity magazine, located on the ground next to the driver side door of the Infiniti; and
- A long gun inside the vehicle on the rear passenger seat, of which the make and model are currently unknown.

The Infiniti Q50 was found to have D.C. license plate GN7202 and VIN JN1EV7AR12M553624. Both the license plate and vehicle were stolen.

NETTLES has been convicted of an offense punishable by more than a year imprisonment. Specifically, on September 25, 2014, NETTLES was convicted of Attempted Robbery, Possession of an Unregistered Firearm, and Obstructing Justice in D.C. Superior Court Case No. 2013 CF3 018628 and was sentenced to sixty-months' imprisonment. As a result, NETTLES was aware that he had been convicted of an offense punishable by more than a year imprisonment.

No firearms or ammunition are manufactured within Washington, D.C., therefore all of the firearms and ammunition referenced above traveled in or affected interstate commerce.

Respectfully Submitted,



Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 20, 2024.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE